**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

In re: 171-221 PARK AVENUE EH, LLC        § Case No. 15-21757-JJT
                                          §
                                          §
                                          §
Debtor(s)                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

ANTHONY S. NOVAK-Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $19,210.00               Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $181,686.33    Claims Discharged
                                                Without Payment: N/A

Total Expenses of Administration: $235,963.14

3) Total gross receipts of $ 445,199.35 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 27,549.88 (see **Exhibit 2**), yielded net receipts of $417,649.47 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,527,125.81 | $1,321,447.07 | $1,387,467.10 | $181,379.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 235,713.14 | 235,713.14 | 235,713.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 250.00 | 250.00 | 250.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 52.78 | 52.78 | 52.78 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 212,792.38 | 18,119.31 | 254.55 | 254.55 |
| **TOTAL DISBURSEMENTS** | $1,739,918.19 | $1,575,582.30 | $1,623,737.57 | $417,649.47 |

4) This case was originally filed under Chapter 7 on October 02, 2015. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/16/2017          By: /s/ANTHONY S. NOVAK-Chapter 7 Trustee
                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rent | 1280-000 | 6,216.55 |
| funds belong to other estates | 1280-000 | 21,333.33 |
| 171-221 Park Avenue, East Hartford, CT | 1110-000 | 350,738.79 |
| Rent | 1222-000 | 56,244.01 |
| DISGORGED LEGAL FEES FROM GREENE LAW, PC | 1229-000 | 10,666.67 |
| **TOTAL GROSS RECEIPTS** | | **$445,199.35** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| 249-275 PARK AVENUE EH, LLC | Funds to be deposited in 249-275 Park Avenue EH, LLC due to tenant (Sherwin Willams) error for rent payment made on 2/10/16 | 8500-002 | 6,216.55 |
| CHAPTER 7 ESTATE OF 249-275 PARK AVENUE EH, LLC | Per court order dated 6/13/16 (Doc ID #119) | 8500-002 | 10,666.67 |
| CHAPTER 7 ESTATE OF 323-333 PARK AVENUE EH, LLC | Per court order dated 6/13/16 (Doc ID #119) | 8500-002 | 10,666.66 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$27,549.88** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Industrial Developers No. 2, LLC | 4110-000 | 1,320,109.00 | 1,321,447.07 | 1,387,467.10 | 181,379.00 |
| NOTFILED | VMF TL1, LLC | 4110-000 | 137,016.81 | N/A | N/A | 0.00 |
| NOTFILED | Hartford Economic Development | 4110-000 | 70,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | $1,527,125.81 | $1,321,447.07 | $1,387,467.10 | $181,379.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ANTHONY S. NOVAK-Chapter 7 Trustee | 2100-000 | N/A | 24,132.47 | 24,132.47 | 24,132.47 |
| Trustee Expenses - ANTHONY S. NOVAK-Chapter 7 Trustee | 2200-000 | N/A | 114.33 | 114.33 | 114.33 |
| Clerk of the Court Costs (includes adversary and other filing fees) - CLERK'S | 2700-000 | N/A | 176.00 | 176.00 | 176.00 |
| U.S. Trustee Quarterly Fees - United States Trustee for the District of CT. | 2950-000 | N/A | 975.00 | 975.00 | 975.00 |
| Other - BLUM SHAPIRO & COMPANY, PC | 3410-000 | N/A | 3,158.00 | 3,158.00 | 3,158.00 |
| Other - Eversource Energy | 2420-000 | N/A | 4,568.41 | 4,568.41 | 4,568.41 |
| Other - Sabia Taiman, LLC | 3210-600 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| Other - Sabia Taiman, LLC | 3220-610 | N/A | 12.00 | 12.00 | 12.00 |
| Other - Chozick Realty, Inc. | 3510-000 | N/A | 17,500.00 | 17,500.00 | 17,500.00 |
| Other - Eversource Energy | 2420-000 | N/A | 308.17 | 308.17 | 308.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 12.69 | 12.69 | 12.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 37.72 | 37.72 | 37.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 50.98 | 50.98 | 50.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 47.18 | 47.18 | 47.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 94.77 | 94.77 | 94.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 295.67 | 295.67 | 295.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 248.21 | 248.21 | 248.21 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 54.46 | 54.46 | 54.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 52.57 | 52.57 | 52.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.93 | 57.93 | 57.93 |
| Other - ANTHONY S. NOVAK, ESQ. | 2300-000 | N/A | 12.74 | 12.74 | 12.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 53.16 | 53.16 | 53.16 |
| Other - FIRST AMERICAN TITLE INSURANCE COMPANY | 2820-000 | N/A | 20,163.99 | 20,163.99 | 20,163.99 |
| Other - FIRST AMERICAN TITLE INSURANCE COMPANY | 2500-000 | N/A | 11,692.14 | 11,692.14 | 11,692.14 |
| Other - FIRST AMERICAN TITLE INSURANCE COMPANY | 2820-000 | N/A | 149,394.55 | 149,394.55 | 149,394.55 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $235,713.14 | $235,713.14 | $235,713.14 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| State of Connecticut | 6820-000 | N/A | 250.00 | 250.00 | 250.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $250.00 | $250.00 | $250.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | State of Connecticut | 5800-000 | N/A | 52.78 | 52.78 | 52.78 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $52.78 | $52.78 | $52.78 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2 | Department of Treasury-IRS | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 4 | Town of East Hartford | 7100-000 | N/A | 17,864.76 | 0.00 | 0.00 |
| 6 | Connecticut Light & Power DBA Eversource | 7100-000 | N/A | 254.55 | 254.55 | 254.55 |
| NOTFILED | Loopnet | 7100-000 | 33.66 | N/A | N/A | 0.00 |
| NOTFILED | Westside Property Management | 7100-000 | 49,895.48 | N/A | N/A | 0.00 |
| NOTFILED | PKV, LLC | 7100-000 | 4,080.70 | N/A | N/A | 0.00 |
| NOTFILED | Greene Law, P.C. | 7100-000 | 8,762.00 | N/A | N/A | 0.00 |
| NOTFILED | All Waste | 7100-000 | 20.54 | N/A | N/A | 0.00 |
| NOTFILED | Carlos Mouta | 7100-000 | 150,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $212,792.38 | $18,119.31 | $254.55 | $254.55 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-21757-JJT  
**Case Name:** 171-221 PARK AVENUE EH, LLC  

**Trustee:** (270060) ANTHONY S. NOVAK-Chapter 7 Trustee  
**Filed (f) or Converted (c):** 01/26/16 (c)  
**§341(a) Meeting Date:** 02/22/16  

**Period Ending:** 06/16/17  
**Claims Bar Date:** 05/23/16  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   171-221 Park Avenue, East Hartford, CT | 675,000.00 | 350,738.79 | | 350,738.79 | FA |
| 2   DIP Operating Account (Webster Bank)<br>     Secured by UCC | 500.00 | 0.00 | | 0.00 | FA |
| 3   DIP Tax Account (Webster Bank)<br>     Secured by UCC | 500.00 | 0.00 | | 0.00 | FA |
| 4   Debtor used the checking account controlled by  (u)<br>     171-357 Park Avenue EH, LLC prior to filing<br>     bankruptcy. Balance of debtor's interest as of date of<br>     filing was $308.80 (Webster  Bank) | 0.00 | 0.00 | | 0.00 | FA |
| 5   Security Deposits from Tenants<br>     Spent by debtor during Chapter 11 | 18,210.00 | 0.00 | | 0.00 | FA |
| 6   Rent  (u) | 56,244.01 | 56,244.01 | | 56,244.01 | FA |
| 7   DISGORGED LEGAL FEES FROM GREENE<br>     LAW,PC  (u)<br>     Pursuant to Court order dated 6/13/16, $32,000 to<br>     be divided equally between 171-221 Park Avenue EH,<br>     LLC (15-21757), 249-275 Park Avenue, EH, LLC<br>     (15-21758) and 323-333 Park Avenue EH, LLC<br>     (15-21759) | 10,666.67 | 10,666.67 | | 10,666.67 | FA |
| 7   Assets    Totals (Excluding unknown values) | **$761,120.68** | **$417,649.47** | | **$417,649.47** | **$0.00** |

**Major Activities Affecting Case Closing:**

05/24/16: Efile App to Employ Sabia Taiman as special counsel re: sale

03/28/16: Efile 363 Motion to Sell (granted 4/28/16). Also filed Trustee's Notice of Intent to Sell and Opportunity to Make Higher Bids.  Bid date for higher and better and higher offers if 5/9/16.  Secured party has consented to sale provided that aggregate sale price of $1.4 million is exceeded.

03/22/16: Efile Request for Ch 11 Admin Bar Date (6/29/16)

03/02/16: Efile App to Employ Real Estate Broker (granted 3/2316)

02/24/16: Efile App to Employ Blum

Printed: 06/16/2017 10:33 AM    V.13.30

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-21757-JJT  
**Case Name:** 171-221 PARK AVENUE EH, LLC  

**Trustee:** (270060)  ANTHONY S. NOVAK-Chapter 7 Trustee  
**Filed (f) or Converted (c):** 01/26/16 (c)  
**§341(a) Meeting Date:** 02/22/16  

**Period Ending:** 06/16/17  

**Claims Bar Date:** 05/23/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   May 30, 2016       **Current Projected Date Of Final Report (TFR):**   January 11, 2017  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-21757-JJT  
**Case Name:** 171-221 PARK AVENUE EH, LLC  
**Taxpayer ID #:** **-***8621  
**Period Ending:** 06/16/17  

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1566 - Checking Account  
**Blanket Bond:** $22,204,765.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/08/16 | {6} | CENTRAL CT HORSESHOE CLUB | RENT JANUARY 2016 | 1222-000 | 2,570.00 | | 2,570.00 |
| 02/08/16 | {6} | WESTERLY CARPET, LLC | Rent February 2016 | 1222-000 | 630.00 | | 3,200.00 |
| 02/10/16 | | SHERWIN-WILLIAMS | Rent | 1280-000 | 6,216.55 | | 9,416.55 |
| 02/10/16 | {6} | THE MATTRESS KING INC | Rent | 1222-000 | 3,650.00 | | 13,066.55 |
| 02/10/16 | {6} | R&R LOGISTICS, LLC | Rent | 1222-000 | 2,500.00 | | 15,566.55 |
| 02/22/16 | {6} | JAMIE COOPER ET AL | Rent | 1222-000 | 500.00 | | 16,066.55 |
| 02/22/16 | {6} | JAMIE COOPER ET AL | Rent | 1222-000 | 1,000.00 | | 17,066.55 |
| 02/22/16 | {6} | JAMIE COOPER ET AL | Rent | 1222-000 | 1,000.00 | | 18,066.55 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.69 | 18,053.86 |
| 03/08/16 | {6} | CENTRAL CT HORSESHOE CLUB | March Rent | 1222-000 | 1,876.00 | | 19,929.86 |
| 03/14/16 | {6} | OZREN AND SUSAN JOJIN | Rent - February 2016 | 1222-000 | 4,500.00 | | 24,429.86 |
| 03/14/16 | {6} | IBERIA WINES & SPIRITS, LLC | Rent - February/March 2016 | 1222-000 | 5,000.00 | | 29,429.86 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.72 | 29,392.14 |
| 04/04/16 | {6} | JAMIE COOPER ET AL | Rent | 1222-000 | 149.35 | | 29,541.49 |
| 04/04/16 | {6} | JAMIE COOPER ET AL | Rent | 1222-000 | 1,000.00 | | 30,541.49 |
| 04/06/16 | {6} | OZREN JOJIN or CLASSIC MOTORCARS | Rent March | 1222-000 | 4,500.00 | | 35,041.49 |
| 04/11/16 | {6} | CENTRAL CT HORSESHOE CLUB | April 2016 Rent | 1222-000 | 1,676.00 | | 36,717.49 |
| 04/18/16 | {6} | JAMIE COOPER ET AL | Rent | 1222-000 | 500.00 | | 37,217.49 |
| 04/18/16 | {6} | JAMIE COOPER ET AL | Rent | 1222-000 | 1,000.00 | | 38,217.49 |
| 04/18/16 | {6} | JAMIE COOPER ET AL | Rent | 1222-000 | 1,000.00 | | 39,217.49 |
| 04/20/16 | 101 | Eversource Energy | Per court order allowing administrative expense dated 4/20/16 | 2420-000 | | 4,568.41 | 34,649.08 |
| 04/21/16 | {6} | ORNAMENTAL RAILINGS, LLC | Rent (Feb/March/April) | 1222-000 | 1,200.00 | | 35,849.08 |
| 04/21/16 | {6} | THE MATTRESS KING, INC. | Rent | 1222-000 | 3,650.00 | | 39,499.08 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.98 | 39,448.10 |
| 05/03/16 | {6} | OZREN JOJIN or CLASSIC MOTORCARS | Rent April | 1222-000 | 4,500.00 | | 43,948.10 |
| 05/03/16 | {6} | IBERIA WINES & SPIRITS, LLC | Rent - April | 1222-000 | 2,500.00 | | 46,448.10 |
| 05/09/16 | {6} | CENTRAL CT HORSESHOE CLUB | May 2016 Rent | 1222-000 | 1,776.00 | | 48,224.10 |
| 05/31/16 | {6} | MARTIN LEVITZ | May Rent for Jaime Cooper et al | 1222-000 | 2,500.00 | | 50,724.10 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.18 | 50,676.92 |
| 06/03/16 | 102 | Eversource Energy | Per court amended order allowing administrative expense dated 6/3/16 | 2420-000 | | 308.17 | 50,368.75 |
| 06/14/16 | {6} | ORNAMENTAL RAILINGS, LLC | Rent | 1222-000 | 1,200.00 | | 51,568.75 |
| 06/20/16 | {6} | IBERIA WINES & SPIRITS, LLC | Rent - May | 1222-000 | 2,500.00 | | 54,068.75 |
| 06/27/16 | | FIRST AMERICAN TITLE | Sale of 171-221 Park Avenue, East Hartford, | | 149,488.11 | | 203,556.86 |

Subtotals :  $208,582.01    $5,025.15

{} Asset reference(s)

Printed: 06/16/2017 10:33 AM    V.13.30

## Form 2
### Cash Receipts And Disbursements Record

**Case Number:** 15-21757-JJT  
**Case Name:** 171-221 PARK AVENUE EH, LLC  

**Taxpayer ID #:** **-***8621  
**Period Ending:** 06/16/17  

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1566 - Checking Account  
**Blanket Bond:** $22,204,765.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | INSURANCE COMPANY | CT | | | | | |
| | {1} | | 171-221 Park Avenue | 350,738.79 | 1110-000 | | | 203,556.86 |
| | {1} | | Initial Deposit | -20,000.00 | 1110-000 | | | 203,556.86 |
| | | | Taxes | -20,163.99 | 2820-000 | | | 203,556.86 |
| | | | MDC Liens/Conveyance Taxes | -11,692.14 | 2500-000 | | | 203,556.86 |
| | | | | -149,394.55 | 2820-000 | | | 203,556.86 |
| 06/27/16 | 103 | 249-275 PARK AVENUE EH, LLC | Funds to be deposited in 249-275 Park Avenue EH, LLC due to tenant (Sherwin Willams) error for rent payment made on 2/10/16 | | 8500-002 | | 6,216.55 | 197,340.31 |
| 06/29/16 | | GREENE LAW, PC | Disgorged legal fees from Greene Law, PC pursuant to court order dated 6/13/16 | | | 32,000.00 | | 229,340.31 |
| | {7} | | | 10,666.67 | 1229-000 | | | 229,340.31 |
| | | | funds belong to other estates | 21,333.33 | 1280-000 | | | 229,340.31 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 94.77 | 229,245.54 |
| 07/05/16 | 104 | CHAPTER 7 ESTATE OF 249-275 PARK AVENUE EH, LLC | Per court order dated 6/13/16 (Doc ID #119) | | 8500-002 | | 10,666.67 | 218,578.87 |
| 07/05/16 | 105 | CHAPTER 7 ESTATE OF 323-333 PARK AVENUE EH, LLC | Per court order dated 6/13/16 (Doc ID #119) | | 8500-002 | | 10,666.66 | 207,912.21 |
| 07/06/16 | {6} | JAMIE COOPER ET AL | Rent (partial June) | | 1222-000 | 1,200.00 | | 209,112.21 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 295.67 | 208,816.54 |
| 08/02/16 | | From Account #******1567 | Per closing of real property | | 9999-000 | 20,000.00 | | 228,816.54 |
| 08/02/16 | 106 | Industrial Developers No. 2, LLC | Per court order authorizing payment to secured creditor dated 7/22/16 (rent collections) | | 4110-000 | | 42,936.90 | 185,879.64 |
| 08/02/16 | | Transfer of funds to 5014911567 | Transfer of funds | | 9999-000 | | 109,816.11 | 76,063.53 |
| 08/04/16 | | From Account #******1567 | DUE TO CHECK WRITTEN OUT OF ESCROW ACCOUNT IN ERROR | | 9999-000 | 109,816.11 | | 185,879.64 |
| 08/05/16 | 107 | Industrial Developers No. 2, LLC | Per court order authorizing payment to secured creditor dated 7/22/16 (sale of real property) | | 4110-000 | | 129,816.11 | 56,063.53 |
| 08/17/16 | 108 | Chozick Realty, Inc. | Per court order allowing commission dated 8/4/16 | | 3510-000 | | 17,500.00 | 38,563.53 |
| 08/17/16 | 109 | Sabia Taiman, LLC | Per court order allowing fees and expenses dated 8/4/16 | | | | 2,512.00 | 36,051.53 |
| | | | Per court order allowing expenses dated 8/4/16 | 12.00 | 3220-610 | | | 36,051.53 |
| | | | Per court order allowing compensation dated | 2,500.00 | 3210-600 | | | 36,051.53 |

Subtotals :   $163,016.11   $330,521.44

{} Asset reference(s)

Printed: 06/16/2017 10:33 AM    V.13.30

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 15-21757-JJT  
**Case Name:** 171-221 PARK AVENUE EH, LLC  

**Taxpayer ID #:** **-***8621  
**Period Ending:** 06/16/17  

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1566 - Checking Account  
**Blanket Bond:** $22,204,765.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 8/4/16 | | | | |
| 08/18/16 | {6} | IBERIA WINES & SPIRITS, LLC | June rent (portion that belongs to estate) | 1222-000 | 2,166.66 | | 38,218.19 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 248.21 | 37,969.98 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.46 | 37,915.52 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.57 | 37,862.95 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.93 | 37,805.02 |
| 12/02/16 | 110 | ANTHONY S. NOVAK, ESQ. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/01/2016 FOR CASE #15-21757, Bond #016027937 | 2300-000 | | 12.74 | 37,792.28 |
| 12/19/16 | 111 | BLUM SHAPIRO & COMPANY, PC | Per court order allowing fees dated 12/9/16 | 3410-000 | | 3,158.00 | 34,634.28 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.16 | 34,581.12 |
| 04/25/17 | 112 | CLERK'S OFFICE | Dividend paid 100.00% on $176.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 176.00 | 34,405.12 |
| 04/25/17 | 113 | United States Trustee for the District of CT. | Dividend paid 100.00% on $975.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 975.00 | 33,430.12 |
| 04/25/17 | 114 | State of Connecticut | Dividend paid 100.00% on $250.00, Other State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter);  Reference: | 6820-000 | | 250.00 | 33,180.12 |
| 04/25/17 | 115 | State of Connecticut | Dividend paid 100.00% on $52.78; Claim# 2; Filed: $52.78; Reference: | 5800-000 | | 52.78 | 33,127.34 |
| 04/25/17 | 116 | Connecticut Light & Power DBA Eversource | Dividend paid 100.00% on $254.55; Claim# 6; Filed: $254.55; Reference: #7065 | 7100-000 | | 254.55 | 32,872.79 |
| 04/25/17 | 117 | Industrial Developers No. 2, LLC | Dividend paid  13.07% on $1,387,467.10; Claim# 3; Filed: $1,321,447.07; Reference: | 4110-000 | | 8,625.99 | 24,246.80 |
| 04/25/17 | 118 | ANTHONY S. NOVAK-Chapter 7 Trustee | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 24,246.80 | 0.00 |
| | | | Dividend paid 100.00%    24,132.47 on $24,132.47;  Claim# ; Filed: $24,132.47 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    114.33 on $114.33;  Claim# ; Filed: $114.33 | 2200-000 | | | 0.00 |

Subtotals :            $2,166.66            $38,218.19

{} Asset reference(s)                                                                                     Printed: 06/16/2017 10:33 AM    V.13.30

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 15-21757-JJT
**Case Name:** 171-221 PARK AVENUE EH, LLC

**Taxpayer ID #:** **-***8621
**Period Ending:** 06/16/17

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)
**Bank Name:** Rabobank, N.A.
**Account:** ******1566 - Checking Account
**Blanket Bond:** $22,204,765.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 373,764.78 | 373,764.78 | $0.00 |
| | | | Less: Bank Transfers | | 129,816.11 | 109,816.11 | |
| | | | **Subtotal** | | 243,948.67 | 263,948.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$243,948.67** | **$263,948.67** | |

{} Asset reference(s)

Printed: 06/16/2017 10:33 AM    V.13.30

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 15-21757-JJT  
**Case Name:** 171-221 PARK AVENUE EH, LLC  

**Taxpayer ID #:** **-***8621  
**Period Ending:** 06/16/17  

**Trustee:** ANTHONY S. NOVAK-Chapter 7 Trustee (270060)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1567 - Escrow account  
**Blanket Bond:** $22,204,765.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/16 | {1} | CHOZICK REALTY, INC. | Deposit on purchase of 171-221 Park Avenue, East Hartford, CT | 1110-000 | 20,000.00 | | 20,000.00 |
| 08/02/16 | | Transfer of funds from 5014911566 | Transfer of funds | 9999-000 | | -109,816.11 | 129,816.11 |
| 08/02/16 | | To Account #******1566 | Per closing of real property | 9999-000 | | 20,000.00 | 109,816.11 |
| 08/02/16 | 101 | Industrial Developers No. 2, LLC | Per court order allowing payment to secured creditor dated 7/22/16<br>Voided on 08/05/16 | 4110-000 | | 129,816.11 | -20,000.00 |
| 08/04/16 | | To Account #******1566 | DUE TO CHECK WRITTEN OUT OF ESCROW ACCOUNT IN ERROR | 9999-000 | | 109,816.11 | -129,816.11 |
| 08/05/16 | 101 | Industrial Developers No. 2, LLC | Per court order allowing payment to secured creditor dated 7/22/16<br>Voided: check issued on 08/02/16 | 4110-000 | | -129,816.11 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | **20,000.00** | **20,000.00** | **$0.00** |
| Less: Bank Transfers | 0.00 | 20,000.00 | |
| **Subtotal** | **20,000.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$20,000.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 263,948.67 |
| Plus Gross Adjustments : | 181,250.68 |
| Less Other Noncompensable Items : | 27,549.88 |
| Net Estate : | $417,649.47 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1566** | 243,948.67 | 263,948.67 | 0.00 |
| **Checking # ******1567** | 20,000.00 | 0.00 | 0.00 |
| | **$263,948.67** | **$263,948.67** | **$0.00** |

{} Asset reference(s)

Printed: 06/16/2017 10:33 AM    V.13.30